No. 935. THE PEOPLE OF THE STATE OF NEW YORK AND FRANK H. WARDER, AS SUPERINTENDENT OF BANKS OF THE STATE OF NEW YORK v. M. BRIGHT WILSON, BENJAMIN B. MITTLER, AND WALTER D. WILE, AS TRUSTEES, ETC. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Messrs. Albert Ottinger and Robert P. Beyer for petitioners. Mr. David W. Kahn for respondents.

No. 936. DONNER STEEL CO., INC. v. INTERSTATE COMMERCE COMMISSION. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. Mr. John Lord O'Brien for petitioner. Mr. P. J. Farrell for respondent.

No. 939. JAMES C. WATERS, JR. v. PULLMAN COMPANY. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. Mr. James C. Waters, Jr. for petitioner. Messrs. Benjamin S. Minor, H. Prescott Gatley, Hugh B. Rowland, and Arthur P. Drury for respondent.

No. 940. MISSOURI PACIFIC RAILROAD COMPANY v. CHARLES HENDRIX. March 15, 1926. Petition for writ of certiorari to the Supreme Court of the State of Arkansas denied. Messrs. Thomas B. Pryor, Edward J. White, and Harry L. Ponder for petitioner. No appearance for respondent.

No. 941. EDWARD WUICHET v. UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Lee

*W. James* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

———

No. 942. BANK OF HAWAII, LTD. *v.* CHARLES T. WILDER, TAX ASSESSOR FOR THE FIRST TAXATION DIVISION OF THE TERRITORY OF HAWAII. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Warren Gregory, Louis J. Warren,* and *Walter F. Frear* for petitioner. No appearance for respondent.

———

No. 943. JOSEPH M. JONES, TRUSTEE IN BANKRUPTCY, *v.* JOHN T. READY, BANKRUPT, EDWIN A. HARRISON, AND FLOYD G. VAN ORSDELL, TRUSTEES ET AL. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Justin D. Bowersock* for petitioner. No appearance for respondents.

———

No. 944. MARYLAND CASUALTY COMPANY *v.* COMMUNITY BUILDING COMPANY. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. James A. Williams* and *William C. Prentiss* for petitioner. *Mr. F. T. Post* for respondent.

———

No. 945. J. RAYMOND McCARL, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. *v.* JOHN F. COX. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. R. L. Golze* for petitioners. *Messrs. Henry C. Lank, John W. Price,* and *Joseph W. Cox* for respondent.